# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ELIZABETH PARKER,<br><br>*Plaintiff*<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant* | )<br>)<br>)  Civil Action No.  2:16-CV-87-SMJ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 15, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 20, is DENIED
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on motions for summary judgment ECF Nos. 15 and 20.

Date: September 19, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer